**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Mohamed Elghoulaymi, et al.
                                      Plaintiff,

v.                                                        Case No.: 1:15−cv−01490
                                                        Honorable Ruben Castillo

HLKZ, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 31, 2015:

       MINUTE entry before the Honorable Ruben Castillo:The Court has learned that the parties have reached a tentative settlement. The Court hereby dismisses this lawsuit without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents within the next twenty−one days. If the parties are unable to finalize the settlement, the plaintiff is given full leave to move to reinstate this action. The status hearing set for 4/1/2015 is vacated.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.